1 **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| George L. Mothershed,<br><br>            Plaintiff,<br><br>    vs.<br><br>Justices of the Supreme Court<br>of Arizona, *et al.*<br><br>            Defendants. | No. CIV 02-02375-PHX-RCB<br><br>O R D E R |

    Presently before the court is a "Notice of Grounds for this Court's Nondiscretionary Duty to Upon its *Sua Sponte* Motion to Partially Vacate Judgments and Reinstate Federal Plaintiff's Claims" ("Notice") filed by plaintiff *pro se* George L. Mothershed (Doc. 226).  Given this court's explicit order on October 21, 2008, "that no motions or any other submissions shall be filed or entertained in this closed case[,]" Ord. (Doc. 221) at 3:17-18, plaintiff's "Notice" was mistakenly filed, rather than being lodged.  The Clerk of the Court, therefore, shall strike plaintiff's "Notice" (Doc. 226) from the court's docket.

Consequently, there is no need for any defendant to respond in any way to this most recent filing by plaintiff.

Accordingly, the court hereby ORDERS:

(1) the Clerk of the Court to strike plaintiff's "Notice" (Doc. 226) from this court's docket.

DATED this 2nd day of December, 2011.

*Robert C. Broomfield*
Senior United States District Judge

Copies to plaintiff *pro se* and counsel of record